S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@AlvaradoSmith.com
MARIEL A. GERLT (CA Bar No. 251119)
mgerlt@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

E-FILED 10/8/13

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A. erroneously sued separately as JP MORGAN, CHASE BANK, N.A., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., erroneously sued as MORTGAGE ELECTRONIC REGISTRATION SYSTEMS

# UNITED STATES DISTRICT COURT

# CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TERESI,<br><br>  Plaintiff,<br><br>v.<br><br>TOM BOHL, an Attorney, MICHAEL and MELINDA JENSEN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, JP MORGAN, CHASE BANK, N.A., OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, JUDGE PHILIP S. GUTIERRIZ ,<br><br>  Defendants. | **CASE NO.:** CV13-3950 PSG (SHx)<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DFENDANTS JPMORGAN CHASE BANK N.A. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**<br><br>**ACTION FILED:**   June 3, 2013 |

   Pursuant to the September 5, 2013 order of the Court, requiring plaintiff Anthony Teresi ("Plaintiff") to show cause by September 23, 2013, why his Complaint should not be dismissed on the ground that it is barred by res judicata (CV13-3950 Dkt. #27), and having considered the reply by Plaintiff, and good cause

appearing, on October 2, 2013, the Court dismissed this action, with prejudice, as to Defendants JMorgan Chase Bank, N.A., erroneously separately sued as JP Morgan, Chase Bank, N.A. ("Chase") and Mortgage Electronic Registration Systems, Inc., erroneously sued as Mortgage Electronic Registration Systems ("MERS" and collectively "Defendants")[1].

Therefore, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1. Judgment of dismissal is entered in favor of defendants Chase and MERS, who are dismissed from this action with prejudice, and against Plaintiff.

2. Chase and MERS may file a bill of costs.

**IT IS SO ORDERED.**

DATED: 10/08/13     By: PHILIP S. GUTIERREZ
                        Hon. Philip S. Gutierrez
                        United States District Judge

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

---

[1] Defendants Old Republic Default Management and Tom Bohl were also dismissed.

2

3693862.1 -- AL109.F6