KRISTIN L. WALKER-PROBST (State Bar No. 206389)
klw@severson.com
DAVID M. LIU (State Bar No. 216311)
dml@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

E-FILED 10/15/13

Attorneys for Defendant
OLD REPUBLIC DEFAULT MANAGEMENT
SERVICES, a division of Old Republic National Title
Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| Anthony Teresi,<br><br>           Plaintiff,<br><br>vs.<br><br>TOM BOHL, an attorney, MICHAEL and MELINDA JENSEN, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, JPMORGAN, CHASE BANK, N.A., OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, JUDGE PHILIP S. GUTIERRIZ,<br><br>           Defendants. | Case No. CV 13-03950 PSG-RJK-(SHx)<br>The Hon. Philip S. Gutierrez<br><br>**[PROPOSED] JUDGMENT OF DISMISSAL AS TO OLD REPUBLIC DEFAULT MANAGEMENT SERVICES**<br><br>Action Filed:   June 26, 2013 |

12219.0036/2896571.1

On October 2 and 7, 2013, the Court dismissed this action, with prejudice, as to Defendants Tom Bohl, Mortgage Electronic Registration Systems, Inc., JPMorgan Chase Bank, N.A., and Old Republic Default Management Services.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED THAT judgment of dismissal is entered in favor of defendant Old Republic Default Management Services, a division of Old Republic National Title Insurance Company, who is dismissed from this action with prejudice, and against Plaintiff.

IT IS SO ORDERED.

DATED: October 15, 2013

### PHILIP S. GUTIERREZ

The Honorable Philip S. Gutierrez
Judge, United States District Court

Respectfully submitted by,

KRISTIN L. WALKER-PROBST (State Bar No. 206389)
klw@severson.com
DAVID M. LIU (State Bar No. 216311)
dml@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, a division of Old Republic National Title Insurance Company