ORIGINAL
E-FILED
OCT 16 2013
Document #
LODGED

1  Thomas M. Bohl
2  779 Los Pueblos
   Camarillo, CA 93012
3  (805) 320-6694
4
5  Defendant THOMAS M. BOHL, In Propria Persona (erroneously sued as TOM BOHL, an attorney)
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11 ANTHONY TERESI,                          ) Case No. 2:13-CV-03950-PSG (SHx)
                                            )
12          Plaintiff,                      ) [PROPOSED] JUDGMENT OF
                                            ) DISMISSAL AS TO DEFENDANT
13     vs.                                  ) THOMAS M. BOHL, erroneously
                                            ) sued as TOM BOHL
14 TOM BOHL, an attorney; MICHAEL and       )
   MELINDA JENSEN; MORTGAGE                 )
15 ELECTRONIC REGISTRATION SYSTEMS;         )
   JP MORGAN CHASE BANK, N.A.; OLD          )
16 REPUBLIC DEFAULT MANAGEMENT              )
   SERVICES; JUDGE PHILIP S. GUTIERREZ,     )
17                                          )
            Defendants.                     )
18 _____)

19     The Motion on defendant THOMAS M. BOHL, erroneously sued as TOM BOHL, to
20 Dismiss the Complaint brought by Plaintiff ANTHONY TERESI was granted in its entirety
21 on October 2, 2013, and the Court did not grant leave to amend.
22     Therefore, it is **ORDERED, ADJUDGED, AND DECREED:**
23     1.    Judgment is entered in favor or defendant THOMAS M. BOHL, erroneously
24 sued as TOM BOHL, and is dismissed from this instant action WITH PREJUDICE.
25     2.    THOMAS M. BOHL, erroneously sued as TOM BOHL may file bill of costs.
26     **IT IS SO ORDERED.**
27     DATED: 10/15/13              By: _____
                                        The Honorable Phillip S. Gutierrez
28                                      Judge, United States District Court

---

Page 1- JUDGMENT OF DISMISSAL AS TO DEFENDANT THOMAS M. BOHL,
erroneously sued as TOM BOHL

## PROOF OF SERVICE
*Teresi v. Bohl, et al.*
USCD 2:12-CV-08072-PSG

STATE OF CALIFORNIA   )
                      )ss.
COUNTY OF VENTURA     )

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action; my business address is 2300 Knoll Drive, Suite N, Ventura, California 93003.

On October 10 2013, I served the foregoing document described as: **[PROPOSED] JUDGMENT OF DISMISSAL AS TO DEFENDANT THOMAS M. BOHL, erroneously sued as TOM BOHL** on interested parties in this action.

[X] by placing true copies thereof enclosed in sealed envelopes as stated on the attached service list.

| | |
|---|---|
| Anthony Teresi<br>1534 North Moorpark Road, #413<br>Thousand Oaks, CA 91360 | **Plaintiff**<br>**In Pro Per** |
| S. Christopher Yoo, Esq.<br>Miranda A. Mossavar, Esq.<br>ALVARADO SMITH<br>1 MacArthur Place, Suite 200<br>Santa Ana, CA 92707 | **Counsel for Defendants**<br>**JP MORGAN CHASE BANK, N.A.**<br>(erroneously sued as JP MORGAN CHASE: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS |
| David M. Liu, Esq.<br>SEVERSON & WERSON<br>19100 Von Karman Avenue, Suite 700<br>Irvine, CA 92612 | **Counsel for Defendants**<br>**OLD REPUBLIC DEFAULT MANAGEMENT SERVICES** |

__X__ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Ventura, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on October 10, 2013, at Ventura, California.

E.R. Abdon, Declarant

///
///
///

-1-
PROOF OF SERVICE